**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV17-2376-CAS(KSx) | Date | August 23, 2017 |
|---|---|---|---|
| Title | *EMELYN E. NISHI; ET AL. v. HON. JOHN KELLY; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - MOTION TO DISMISS (Filed 08/18/2017)[14]

The Court is in receipt of plaintiffs' Motion to Dismiss[14] filed August 18, 2017. The motion was not noticed for hearing. No answer has been filed by the defendants, nor any motions to dismiss. Furthermore, no oppositions have been filed to date.

On the Court's own motion, the Court grants plaintiffs' Motion to Dismiss and plaintiffs complaint is hereby dismissed , without prejudice.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |